CHRISTOPHER J. PASSARELLI, State Bar No. 241174
JOY L. DURAND, State Bar No. 245413
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
JC WAUGH WINE CO. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JC Waugh Wine Co. LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bronco Wine Company, Panther Rock Wines, LLC, Classic Wines of California, Barrel Ten Quarter Circle, Inc., and DOES 1 to 14,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-06953-ECM<br><br>**PROOF OF SERVICE OF STANDING ORDERS**<br>Local Civil Rule 5-5 |

### PROOF OF SERVICE

I, the undersigned, certify that I am over age 18, and am not a party to this action, and am employed in the County of Sonoma, California. My business address is 100 B Street, Suite 320, Santa Rosa, CA 95401.

On the date indicated below, I caused the following documents to be served:

1. **CIVIL STANDING ORDER - GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN**
2. **CIVIL STANDING ORDER ON DISCOVERY – U.S. DISTRICT JUDGE EDWARD M. CHEN**
3. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

1

on the person(s) below, as follows:

| | |
|---|---|
| Peter M. Brody<br>Ropes & Gray LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807<br>Peter.brody@ropesgray.com | *Attorneys for Defendants* |

( X )   U. S. MAIL. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

( )   BY OVERNIGHT DELIVERY. I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( )   BY FAX TRANSMISSION. Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) indicated after the address(es) noted above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

( X )   BY ELECTRONIC SERVICE. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the document(s) to be sent to the person(s) at the electronic notification address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2016, at Santa Rosa, California.

*Elena Herrera*