CHRISTOPHER J. PASSARELLI (CSB # 241174)
cpassarelli@dpf-law.com
JOY L. DURAND (CSB # 245413)
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122

Attorneys for Plaintiff
JC WAUGH WINE CO. LLC

PETER M. BRODY (*pro hac vice*)
peter.brody@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Telephone: (202) 508-4600

MARTA F. BELCHER (CSB # 306738)
marta.belcher@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone: (650) 617-4000

Attorneys for Defendants
BRONCO WINE COMPANY,
PANTHER ROCK WINES, LLC,
CLASSIC WINES OF CALIFORNIA, and
BARREL TEN QUARTER CIRCLE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JC WAUGH WINE CO. LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRONCO WINE COMPANY, PANTHER ROCK WINES, LLC, CLASSIC WINES OF CALIFORNIA, BARREL TEN QUARTER CIRCLE, INC. and DOES 1-14,<br><br>Defendants. | CASE NO. 3:16-cv-06953 EMC<br><br>**STIPULATED MOTION TO SUSPEND PROCEEDINGS AND STAY ALL DEADLINES; [PROPOSED] ORDER** |

Plaintiff JC Waugh Wine Co. LLC ("Plaintiff") and Defendants Bronco Wine Company, Panther Rock Wines, LLC, Classic Wines of California, Barrel Ten Quarter Circle, Inc. (collectively, "Defendants") (each a "Party"), through their respective counsel, hereby stipulate and as follows:

The parties in this proceeding have reached a settlement in principle. However, the deadline for mediation is set to occur on July 12, 2017, and the parties still need to prepare and finalize a written settlement agreement. Accordingly, the parties, by signature of their counsel below, respectfully move this Court to suspend proceedings and stay all deadlines in this matter for thirty (30) days while the parties attempt to finalize the settlement agreement and dismiss the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DICKENSON, PEATMAN & FOGARTY

Dated: July 12, 2017          By: /s/ Christopher J. Passarelli
                                  Christopher J. Passarelli
                                  Joy L. Durand

                              Attorneys for Plaintiff,
                              JC WAUGH WINE CO. LLC


ROPES & GRAY LLP

Dated: July 12, 2017          By: /s/ Peter M.Brody
                                  Peter M. Brody
                                  Marta F. Belcher

                              Attorneys for Defendants,
                              BRONCO WINE COMPANY, PANTHER
                              ROCK WINES, LLC, CLASSIC WINES OF
                              CALIFORNIA, and BARREL TEN QUARTER
                              CIRCLE, INC.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that proceedings in this matter be suspended and all deadlines be stayed for thirty (30) days so that the parties may attempt to finalize a settlement agreement and dismiss the case. Status reset from 8/10/17 to 9/21/17 at 10:30 a.m. An updated joint status report shall be ~~filed by 9/14/17.~~

Dated: 7/13/17

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Edward M. Chen
United States District Judge

3