CHRISTOPHER J. PASSARELLI (CSB # 241174)
cpassarelli@dpf-law.com
JOY L. DURAND (CSB # 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
JC WAUGH WINE CO. LLC

PETER M. BRODY (*pro hac vice*)
peter.brody@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

MARTA F. BELCHER (CSB # 306738)
marta.belcher@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Attorneys for Defendants
BRONCO WINE COMPANY,
PANTHER ROCK WINES, LLC,
CLASSIC WINES OF CALIFORNIA, and
BARREL TEN QUARTER CIRCLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JC WAUGH WINE CO. LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRONCO WINE COMPANY, PANTHER ROCK WINES, LLC, CLASSIC WINES OF CALIFORNIA, BARREL TEN QUARTER CIRCLE, INC. and DOES 1-14,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-06953 EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [P~~ROPO~~SED] ORDER** |

Plaintiff JC Waugh Wine Co. LLC ("Plaintiff") and Defendants Bronco Wine Company, Panther Rock Wines, LLC, Classic Wines of California, and Barrel Ten Quarter Circle, Inc. (collectively, "Defendants") (each a "Party") (collectively, the "Parties"), through their respective counsel, hereby stipulate and as follows:

WHEREAS, on or about July 25, 2017, Plaintiff and Defendants entered into an agreement to settle this dispute (the "Settlement Agreement"), including mutual general releases;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to the approval of the Court, that this action and all claims and counterclaims asserted herein be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without attorneys' fees or costs awarded to any party.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DICKENSON, PEATMAN & FOGARTY

Dated: August 7, 2017      By: /s/ Christopher J. Passarelli
                               Christopher J. Passarelli
                               Joy L. Durand

                           Attorneys for Plaintiff,
                           JC WAUGH WINE CO. LLC


ROPES & GRAY LLP

Dated: August 7, 2017      By: /s/ Marta F. Belcher
                               Peter M. Brody
                               Marta F. Belcher

                           Attorneys for Defendants,
                           BRONCO WINE COMPANY, PANTHER
                           ROCK WINES, LLC, CLASSIC WINES OF
                           CALIFORNIA, and BARREL TEN QUARTER
                           CIRCLE, INC.

# **FILER'S ATTESTATION**

I, Christopher J. Passarelli, am the ECF User whose identification and password are being used to file this STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendants concurs in this filing.

Dated: August 7, 2017          /s/ Christopher J. Passarelli
                                Christopher J. Passarelli

# [PROPOSED] ORDER

Pursuant to the Stipulation of Plaintiff, JC WAUGH WINE CO. LLC, and Defendants, BRONCO WINE COMPANY, PANTHER ROCK WINES, LLC, CLASSIC WINES OF CALIFORNIA, and BARREL TEN QUARTER CIRCLE, INC. (collectively, the "Parties"), and good cause being shown thereby, it is hereby ORDERED that this action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without attorneys' fees or costs awarded to any party.

**IT IS SO ORDERED.**

Dated: 8/10/17  _____
Hon. _____
United _____

